IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOTT HEALTHCARE MANAGEMENT SERVICES, INC.,<br>on behalf of plaintiff and<br>the class members defined herein,<br><br>    Plaintiff,<br><br>v.<br><br>STERICYCLE COMMUNICATION SOLUTIONS, INC.<br>and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 19 cv 2616<br><br>Judge Lee<br>Magistrate Judge Kim |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff's individual claims against Defendant Stericycle Communications Solutions, Inc. are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's class claims against defendant Stericycle Communications Solutions, Inc. are dismissed without prejudice and with each party bearing its own costs. Plaintiff's claims against defendants John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

*/s/ Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on November 12, 2019, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record and served this document via email upon the following:

Jeffrey A. Rossman | jrossman@freeborn.com
Kirk Watkins | kwatkins@freeborn.com
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
312.360.6853
*Counsel for Stericycle*
*Communication Solutions, Inc.*

                                             *s/Dulijaza Clark*
                                             Dulijaza Clark

                                             Daniel A. Edelman
                                             Cathleen M. Combs
                                             James O. Latturner
                                             Dulijaza Clark
                                             EDELMAN, COMBS, LATTURNER &
                                             GOODWIN, LLC
                                             20 S. Clark Street, Suite 1500
                                             Chicago, IL 60603
                                             (312)739-4200