# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Holt Healthcare Management Services, Inc.

                                            Plaintiff,

v.                                                                    Case No.: 1:19–cv–02616
                                                                   Honorable John Z. Lee

John Does 1–10, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2019:

       MINUTE entry before the Honorable John Z. Lee:Pursuant to Plaintiff's notice of voluntary dismissal [31], the claims in this case are dismissed without prejudice and without costs. See Fed. R. Civ. P. 41(a)(1). Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.